UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

14-9281

UNITED STATES OF AMERICA : MAGISTRATE NO.: ~~14-9295~~

v. : CRIMINAL ACTION

: ORDER OF RELEASE

Nora Lopez-Matta :

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(X) Reporting, as directed, to U.S. Pretrial Services;

( ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

(X) The defendant shall appear at all future court proceedings;

( ) Other: _____

_____   11-05/2014
DEFENDANT                         DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

11/05/2014
DATE