UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Case No. 14-9295 |
| NORA LOPEZ-MATTA | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. 1925503 and Violation No. 1925504 against defendant NORA LOPEZ-MATTA, which was filed on August 7, 2014, charging her with:

(1) Disorderly Conduct-Engaging in Fighting or Threatening Behavior

(2) Simple Assault

in violation of Title 36, Code of Federal Regulations, Section 2.34a1, and Title 18, United States Code Section 113e for the reason that prosecution of defendant NORA LOPEZ-MATTA, is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant NORA LOPEZ-MATTA, of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

PAUL J. FISHMAN
United States Attorney

_____
Meredith Williams
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

2/11/15
_____
DATE

_____
HONORABLE ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE